No. 116. OGDEN CORPORATION *v.* FIELDING ET AL. C. A. 2d Cir. Certiorari denied. *Richard Joyce Smith* for petitioner. *Mortimer Hays* for respondents. ■

No. 118. JOHNSTON *v.* McINTEE ET AL. C. A. 7th Cir. Certiorari denied. *Charles Ralph Johnston* and *Hector A. Brouillet* for petitioner. *Claude A. Roth, Harry E. Smoot, Louis M. Mantynband* and *George L. Siegel* for respondents.

No. 119. LOCKHART *v.* IOWA. Supreme Court of Iowa. Certiorari denied. *Eugene Cotton* and *Edward J. Dahms* for petitioner.

No. 120. PORTER *v.* BENNISON ET AL. C. A. 10th Cir. Certiorari denied. *I. H. Spears* for petitioner.

No. 121. BENEDUM ET AL. *v.* GRANGER, COLLECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *C. L. Wallace* and *Wm. Alvah Stewart* for petitioners. *Acting Solicitor General Raum, Assistant Attorney General Caudle, Ellis N. Slack* and *Morton K. Rothschild* for respondent.

No. 123. DENISON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Edward S. Reid, Jr.* and *Emmett E. Eagan* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for respondent.

No. 124. SMILEY *v.* UNITED STATES; and
No. 213. UNITED STATES *v.* SMILEY. C. A. 9th Cir. Certiorari denied. *Otto Christensen* for petitioner in No.

124. *Acting Solicitor General Raum* for the United States. With *Mr. Raum* in No. 124 were *Assistant Attorney General McInerney* and *Robert S. Erdahl.* Reported below: 181 F. 2d 505.

No. 126. ORDER OF RAILROAD TELEGRAPHERS *v.* NEW YORK CENTRAL RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Lester P. Schoene* and *John F. Davis* for petitioner. *Frederick L. Wheeler* and *Gerald E. Dwyer* for respondent.

No. 127. KELLER ET AL. *v.* HALL. C. A. 5th Cir. Certiorari denied. *Leonard S. Lyon* for petitioners. *Thomas E. Scofield* and *Philip Subkow* for respondent.

No. 128. DILL MANUFACTURING Co. ET AL. *v.* J. W. SPEAKER CORP. C. A. 7th Cir. Certiorari denied. *Arthur J. Hudson* and *Watts T. Estabrook* for petitioners. *Ira Milton Jones* for respondent.

No. 129. CHARLES R. ALLEN, INC. ET AL. *v.* UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *John F. Kavanagh* for petitioners. *Acting Solicitor General Raum, Assistant Attorney General Edelstein* and *John R. Benney* for the United States.

No. 130. NORTHWESTERN MUTUAL LIFE INSURANCE Co. *v.* GILBERT. C. A. 9th Cir. Certiorari denied. *Charles A. Hart* for petitioner.

No. 131. FEDERAL TRADE COMMISSION *v.* ALBERTY ET AL. United States Court of Appeals for the District of